IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:11cv279 |
| | ) | |
| | ) | |
| AVERITT EXPRESS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CORRECTED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)**

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).  According to Rule 41(a)(1)(i) an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant Old Dominion Freight Line, Inc. has not yet received service of process and has not yet answered the Complaint.  Accordingly, PJC Logistics voluntarily dismisses Old Dominion Freight Line, Inc. with prejudice pursuant to Rule 41(a)(1)(i).

Respectfully submitted,

PJC LOGISTICS, LLC

By: /s/_____
Harris D. Butler, III (VSB No. 26483)
Rebecca H. Royals (VSB No. 71420)
Attorneys for Plaintiff
BUTLER WILLIAMS & SKILLING, P.C.
100 Shockoe Slip, Fourth Floor
Richmond, Virginia  23219
Telephone: (804) 648-4848
Facsimile:  (804) 648-6814

Email: hbutler@butlerwilliams.com
rroyals@butlerwilliams.com


R. Mark Dietz, Admitted *Pro hac vice*
Attorney for Plaintiff
DIETZ & JARRARD, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
Telephone: (512) 244-9314
Facsimile: (512) 244-3766
E-mail: rmdietz@lawdietz.com


Steven R. Daniels, Admitted *Pro hac vice*
Attorney for Plaintiff
FARNEY DANIELS, LLP
800 South Austin Ave., Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2828
Facsimile: (512) 282-2829
Email: sdaniels@farneydaniels.com