AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| PJC LOGISTICS, LLC | ) | |
| Plaintiff | ) ) ) | |
| v. | ) | Civil Action No. 1:11cv279-GBL-IDD |
| AVERITT EXPRESS, INC., et al. | ) ) ) | |
| Defendant | ) | |

FILED MAILROOM
JUL 1 3 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SOUTHEASTERN FREIGHT LINES, INC.
SERVE: Corporation Service Company, Registered Agent
11 South 12th Street
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Harris D. Butler, III, Esquire
Rebecca H. Royals, Esquire
Butler Williams & Skilling, P.C.
100 Shockoe Slip, 4th Floor
Richmond, Virginia 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Fernando Galindo, Clerk*
CLERK OF COURT

Date: July 11, 2011

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

CERTIFICATE
OF
CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at Bank of America Center, 16th Floor, 1111 East Main Street, Richmond, VA 23219

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

   | | | |
   |---|---|---|
   | Beverley L. Crump | Rene Nordquist | Meda Sterrett |
   | Nicole T. McCallum | Pamela Frazier | Linda B. Liles |
   | Amy Tarker | Kari Childress | John Isom |
   | Dustin Kline | | |

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 29 day of April 2011.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 29th day of April 2011, by George A. Massih III.

_____
Notary Public

My Commission Expires: 1-31-13

# AFFIDAVIT OF SERVICE

**SERVICE BY PRIVATE PROCESS**

CASE # 1:11cv279 GBL-IDD

I, the undersigned ___Stuart Loder___ do hereby certify that I am over eighteen years of age, am not a party to or otherwise interested in the subject matter in controversy, and I further attest: on the __12__ day of __July__, 2011, at __6:53__ am/pm, I served:

___Southeastern Freight Lines Inc.___
___Corporation Service Corp.___
___Reg. Agent, 11 South 12th St.___
___Richmond, VA 23219___

FILED MAILROOM
JUL 13 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

the attached:
- ☐ *Subpoena Duces Tecum*
- ☐ Motion for Judgment
- ☐ Witness Subpoena
- ☐ Warrant in Debt
- ☐ Summons and Complaint
- ☐ Other _____

☐ Personal Service: _____

☑ Registered Agent: ___Rene Nordtust___

Being unable to make personal service, a copy was delivered in the following manner:

☐ Delivered to person found in charge of the usual place of business or employment during business hours and giving information of its purport.
Delivered to: _____

☐ Delivered to a family member, not a temporary sojourner or guest, aged sixteen or older, at the usual place of abode of the above named party.
Delivered to: _____

☐ Posted on the front door or other such entrance as appears to be the main entrance.

☐ Served on the Secretary of the Commonwealth. Accepted by: _____

☐ Served on the State Corporation Commission. Accepted by: _____

☐ Not Found/Unable to Serve

Process Server: _____
Downtown Direct Process Servers
911 W. Grace Street
Richmond, Virginia 23220

County/City of ___Richmond___

Attempt: _____
Wrong Address: _____

Sworn and affirmed before me this __12__ day of __July__ 2011

My commission expires ___Dec 2011___

[Notary seal: ERIC DAVID MONTAGUE, NOTARY PUBLIC, REG # 250736, MY COMMISSION EXPIRES 12/31/2011, COMMONWEALTH OF VIRGINIA]