IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:11cv279 |
| | ) | |
| | ) | |
| AVERITT EXPRESS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  According to Rule 41(a)(1)(A)(i) an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant Mercer Transportation Co., Inc. has not yet answered the Complaint.  Accordingly, PJC Logistics voluntarily dismisses Mercer Transportation Co., Inc. without prejudice pursuant to Rule 41(a)(1)(A)(i).

Respectfully submitted,

PJC LOGISTICS, LLC

By: /s/_____
Harris D. Butler, III (VSB No. 26483)
Rebecca H. Royals (VSB No. 71420)
Attorneys for Plaintiff
BUTLER WILLIAMS & SKILLING, P.C.
100 Shockoe Slip, Fourth Floor
Richmond, Virginia  23219
Telephone: (804) 648-4848
Facsimile:  (804) 648-6814
Email: hbutler@butlerwilliams.com
           rroyals@butlerwilliams.com

2

        R. Mark Dietz, Admitted *Pro hac vice*
        Attorney for Plaintiff
        DIETZ & JARRARD, P.C.
        106 Fannin Avenue East
        Round Rock, TX 78664
        Telephone: (512) 244-9314
        Facsimile: (512) 244-3766
        E-mail: rmdietz@lawdietz.com

        Steven R. Daniels, Admitted *Pro hac vice*
        Attorney for Plaintiff
        FARNEY DANIELS, LLP
        800 South Austin Ave., Suite 200
        Georgetown, Texas 78626
        Telephone: (512) 582-2828
        Facsimile: (512) 282-2829
        Email: sdaniels@farneydaniels.com