UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>AVERITT EXPRESS, INC., *et al.*,<br><br>                    Defendants. | Case No. 1:11-CV-00279-GBL-IDD |

NOTICE OF APPEARANCE
ON BEHALF OF SOUTHEASTERN FREIGHT LINES, INC.

PLEASE TAKE NOTICE of the appearance of Fish & Richardson P.C. as counsel of record for Defendants Southeastern Freight Lines, Inc. in the above-captioned action. It is respectfully requested that copies of all notices and documents issued by the Court and filed by the parties be served upon the undersigned counsel.

Dated: August 2, 2011                                        Respectfully submitted,

                                                          **SOUTHEASTERN FREIGHT LINES, INC.**
                                                          By: _/s/ Ahmed J. Davis_
                                                          Ahmed J. Davis (Va. Bar # 43982)
                                                          adavis@fr.com
                                                          **FISH & RICHARDSON P.C.**
                                                          1425 K Street, N.W., Suite 1100
                                                          Washington, D.C. 20005
                                                          Telephone: (202) 783-5070
                                                          Facsimile: (202) 783-2331

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 2, 2011 by electronic mail upon counsel identified below at the e-mail addresses shown. Pursuant to the parties' agreement a courtesy hardcopy also will be mailed to such counsel:

|  |  |
|---|---|
|  | Attorneys for |
| Harris D. Butler (VSB N6. 26483) | PJC Logistics, LLC |
| Rebecca H. Royals (VSB No. 71420) |  |
| Attorneys for PJC LOGISTICS, LLC |  |
| BUTLER, WILLIAMS & SKILLING, P.C. |  |
| 100 Shockoe Slip, 4th Floor |  |
| Richmond. Virginia 23219 |  |
| Telephone: (804) 648-4848 |  |
| Facsimile: (804) 648-6814 |  |
| E-mail: hbuller@ butlerwilliams.com |  |
| rroyals@butlerwilliams.com |  |
|  |  |
| R. Mark Dietz, Pro hac vice pending |  |
| DIETZ & JARRARD, P.C. |  |
| 106 Fannin Avenue East |  |
| Round Rock, TX 78664 |  |
| Telephone: (512) 244-9314 |  |
| Facsimile: (512)244-3766 |  |
| E-mail: rmdietz@lawdietz.com |  |
|  |  |
| Steven R. Daniels, Admitted Pro hac vice |  |
| FARNEY DANIELS, LLP | /s/ Ahmed Davis |
| 800 South Austin Ave., Suite 200 | Ahmed Davis |
| Georgetown, Texas 78626 |  |
| Telephone: (512) 582-2828 |  |
| Facsimile: (512) 282-2829 |  |
| sdaniels@farneydaniels.com |  |