UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                      Plaintiff,<br><br>- against -<br><br>AVERITT EXPRESS, INC., *et al.*,<br><br>                      Defendants. | Case No. 1:11-CV-00279-GBL-IDD |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the following enters his appearance as counsel of record for Defendant TLD Logistics Services, Inc. in the above captioned matter:

    David M. Morris, VSB No. 30146
    dmorris@morganlewis.com
    MORGAN LEWIS & BOCKIUS LLP
    1111 Pennsylvania Ave., NW
    Washington, DC 20004
    (202) 739-5882
    (202) 739-3001 (facsimile)

TLD LOGISTICS SERVICES, INC.

Date: August 8, 2011                      By: _____/s/_____
                                                               Of Counsel

                                            David M. Morris, VSB No. 30146
                                            dmorris@morganlewis.com
                                            MORGAN LEWIS & BOCKIUS LLP
                                            1111 Pennsylvania Ave., NW
                                            Washington, DC 20004
                                            (202) 739-5882
                                            (202) 739-3001 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 8, 2011 by electronic mail upon counsel identified below at the e-mail addresses shown. Pursuant to the parties' agreement a courtesy hardcopy also will be mailed to such counsel:

Attorneys for PJC Logistics

Harris D. Butler (VSB N6. 26483)
Rebecca H. Royals (VSB No. 71420)
Attorneys for PJC LOGISTICS, LLC
BUTLER, WILLIAMS & SKILLING, P.C.
100 Shockoe Slip, 4th Floor
Richmond. Virginia 23219
Telephone: (804) 648-4848
Facsimile: (804) 648-6814
E-mail: hbuller@ butlerwilliams.com
rroyals@butlerwilliams.com

R. Mark Dietz, Pro hac vice pending
DIETZ & JARRARD, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
Telephone: (512) 244-9314
Facsimile: (512)244-3766
E-mail: rmdietz@lawdietz.com

Steven R. Daniels, Admitted Pro hac vice
FARNEY DANIELS, LLP
800 South Austin Ave., Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2828
Facsimile: (512) 282-2829
sdaniels@farneydaniels.com