## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

PJC LOGISTICS, LLC,

                              Plaintiff,

    - against -                                    Case No. 1:11-CV-00279-GBL-IDD

AVERITT EXPRESS, INC., *et al.*,

                              Defendants.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant TLD Logistics Services, Inc., in the above-captioned action, certifies the following:

    a)      Toyota Tsusho America, Inc., a New York corporation that is not publicly traded, owns 90% of TLD Logistics Services, Inc.; and

    b)      David Jones, an individual, owns 10% of TLD Logistics Services, Inc.

Respectfully Submitted,

TLD Logistics Services, Inc.

By: _____

David M. Morris (VSB No. 30146)
Attorney for
 TLD LOGISTICS SERVICES, INC.
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC  20004
Telephone: (202) 739-3000
Facsimile:  (202) 739-3001
Email: DMorris@Morganlewis.com


Of Counsel:
 Stuart Krause
 Yoav Griver
Zeichner Ellman & Krause, LLP
575 Lexington Avenue
New York, New York 10022

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 8, 2011 by electronic mail upon counsel identified below at the e-mail addresses shown. Pursuant to the parties' agreement a courtesy hardcopy also will be mailed to such counsel:

Attorneys for PJC Logistics

Harris D. Butler (VSB N6. 26483)
Rebecca H. Royals (VSB No. 71420)
Attorneys for PJC LOGISTICS, LLC
BUTLER, WILLIAMS & SKILLING, P.C.
100 Shockoe Slip, 4th Floor
Richmond. Virginia 23219
Telephone: (804) 648-4848
Facsimile: (804) 648-6814
E-mail: hbuller@ butlerwilliams.com
rroyals@butlerwilliams.com

R. Mark Dietz, Pro hac vice pending
DIETZ & JARRARD, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
Telephone: (512) 244-9314
Facsimile: (512)244-3766
E-mail: rmdietz@lawdietz.com

Steven R. Daniels, Admitted Pro hac vice
FARNEY DANIELS, LLP
800 South Austin Ave., Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2828
Facsimile: (512) 282-2829
sdaniels@farneydaniels.com