**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **PJC LOGISTICS, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. 1:11CV279 |
| ) | |
| **AVERITT EXPRESS, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following enters his appearance as counsel of record for Defendant UPS Ground Freight, Inc. in the above-captioned matter:

>Dabney J. Carr, IV, VSB #28679
>dabney.carr@troutmansanders.com
>TROUTMAN SANDERS LLP
>P.O. Box 1122
>Richmond, Virginia  23218-1122
>(804) 697-1238
>(804) 698-5119 (Fax)

>UPS GROUND FREIGHT, INC.

>By  /s/
>       Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

*Counsel for Defendant UPS Ground Freight, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2011, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which then will send automatic notification of such filing (NEF) to the following:

Harris D. Butler
Rebecca A. Royals
Butler, Williams & Skilling P.C.
100 Shockoe Slip, 4th Floor
Richmond, VA 23219
hbutler@butlerwilliams.com
rroyals@butlerwilliams.com

R. Mark Dietz, Admitted *Pro hac vice*
DIETZ & JARRARD, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
Telephone: (512) 244-9314
Facsimile: (512) 244-3766
rmdietz@lawdietz.com

David M. Morris
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, D.C. 20004
dmorris@morganlewis.com

*Counsel for TLD Logistics Services, Inc.*

Ahmed J. Davis
FISH & RICHARDSON P.C.
1425 K Street, N.W., Suite 1100
Washington, D.C. 20005
adavis@fr.com

*Counsel for Southeastern Freight Lines, Inc.*

Steven R. Daniels, Admitted *Pro hac vice*
FARNEY DANIELS, LLP
800 South Austin Ave., Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2828
Facsimile: (512) 282-2829
sdaniels@farneydaniels.com

*Counsel for Plaintiff PJC Logistics, LLC*

                                  /s/
Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB # 37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
*Counsel for Defendant UPS Ground Freight, Inc.*

2