**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **PJC LOGISTICS, LLC,** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**AVERITT EXPRESS, INC., et al.,** )<br>)<br>    **Defendants.** ) | Case No. 1:11CV279 |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendants UPS Ground Freight, Inc. in the above captioned action, certifies that the following are parents, trusts, subsidiaries, and/or affiliates of said defendants that have issued shares or debt securities to the public or own more than ten percent of the stock of said defendants:

United Parcel Service, Inc.

UPS GROUND FREIGHT, INC.

By_____/s/_____
    Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

*Counsel for Defendant UPS Ground Freight, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2011, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which then will send automatic notification of such filing (NEF) to the following:

Harris D. Butler
Rebecca A. Royals
Butler, Williams & Skilling P.C.
100 Shockoe Slip, 4th Floor
Richmond, VA 23219
hbutler@butlerwilliams.com
rroyals@butlerwilliams.com

R. Mark Dietz, Admitted *Pro hac vice*
DIETZ & JARRARD, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
Telephone: (512) 244-9314
Facsimile: (512) 244-3766
rmdietz@lawdietz.com

David M. Morris
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, D.C. 20004
dmorris@morganlewis.com

*Counsel for TLD Logistics Services, Inc.*

Ahmed J. Davis
FISH & RICHARDSON P.C.
1425 K Street, N.W., Suite 1100
Washington, D.C. 20005
adavis@fr.com

*Counsel for Southeastern Freight Lines, Inc.*

Steven R. Daniels, Admitted *Pro hac vice*
FARNEY DANIELS, LLP
800 South Austin Ave., Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2828
Facsimile: (512) 282-2829
sdaniels@farneydaniels.com

*Counsel for Plaintiff PJC Logistics, LLC*

                                   /s/
Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB # 37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
*Counsel for Defendant UPS Ground Freight, Inc.*