**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **PJC LOGISTICS, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | Case No. 1:11CV279 |
| ) | |
| **AVERITT EXPRESS, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

**JOINT NOTICE OF WAIVER OF ORAL ARGUMENT**

Plaintiff PJC Logistics, LLC and Defendant UPS Ground Freight, Inc., by counsel, hereby notify the Court that they waive oral argument on Defendant's Consent Motion for Extension of Time to File Responsive Pleadings ("Consent Motion"), which is being filed contemporaneously with this Joint Notice.  The parties respectfully request that the Court, pursuant to Local Civil Rule 7(j), rule upon the Consent Motion without an oral hearing.

UPS GROUND FREIGHT, INC.

By  /s/
Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

*Attorneys for Defendant UPS Ground Freight, Inc.*

- 1 -

**PJC LOGISTICS, LLC**

By:       /s/      
      Of Counsel

Harris D. Butler, VSB #26483
Rebecca A. Royals, VSB # 71420
Butler, Williams & Skilling P.C.
100 Shockoe Slip, 4th Floor
Richmond, VA 23219
Telephone: (804) 648-4848
Facsimile: (804) 648-6814
hbutler@butlerwilliams.com
rroyals@butlerwilliams.com

R. Mark Dietz, Admitted *Pro hac vice*
DIETZ & JARRARD, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
Telephone: (512) 244-9314
Facsimile: (512) 244-3766
rmdietz@lawdietz.com

Steven R. Daniels, Admitted *Pro hac vice*
FARNEY DANIELS, LLP
800 South Austin Ave., Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2828
Facsimile: (512) 282-2829
sdaniels@farneydaniels.com

*Counsel for Plaintiff PJC Logistics, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August, 2011, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which then will send automatic notification of such filing (NEF) to the following:

David M. Morris
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, D.C. 20004
dmorris@morganlewis.com

*Counsel for TLD Logistics Services, Inc.*

Ahmed J. Davis
FISH & RICHARDSON P.C.
1425 K Street, N.W., Suite 1100
Washington, D.C. 20005
adavis@fr.com

*Counsel for Southeastern Freight Lines, Inc.*

                                                /s/
Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB # 37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
*Counsel for Defendant UPS Ground Freight, Inc.*