IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:11cv279 |
| | ) | |
| | ) | |
| AVERITT EXPRESS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i) an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Cardinal Logistics Management, Inc. has not yet answered the Complaint. Accordingly, PJC Logistics voluntarily dismisses Cardinal Logistics Management, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i).

        Respectfully submitted,

        PJC LOGISTICS, LLC

        By: /s/_____
           Harris D. Butler, III (VSB No. 26483)
           Rebecca H. Royals (VSB No. 71420)
           Attorneys for Plaintiff
           BUTLER WILLIAMS & SKILLING, P.C.
           100 Shockoe Slip, Fourth Floor
           Richmond, Virginia 23219
           Telephone: (804) 648-4848
           Facsimile: (804) 648-6814
           Email: hbutler@butlerwilliams.com
                  rroyals@butlerwilliams.com

R. Mark Dietz, Admitted *Pro hac vice*
Attorney for Plaintiff
DIETZ & JARRARD, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
Telephone: (512) 244-9314
Facsimile: (512) 244-3766
E-mail: rmdietz@lawdietz.com

Steven R. Daniels, Admitted *Pro hac vice*
Attorney for Plaintiff
FARNEY DANIELS, LLP
800 South Austin Ave., Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2828
Facsimile: (512) 282-2829
Email: sdaniels@farneydaniels.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August, 2011, I electronically filed the foregoing Notice of Voluntary Dismissal With Prejudice with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Dabney J. Carr, IV, Esquire
Troutman Sanders LLP
P. O. Box 1122
Richmond, Virginia 23218-1122

*Counsel for Defendants Averitt Express, Inc., Builders Transportation Company, LLC, Cardinal Logistics Management Corporation, Covenant Transportation Group, Inc., sued herein as Covenant Transport Group, Inc., Federal Express Corporation, FedEx Corporation, Forward Air, Inc., KLLM Transport Services LLC, Miller Transporters, Inc., Ozark Motor Lines, Inc., Paschall Truck Lines, Inc., Royal Trucking Company, Star Transportation, Inc., United Van Lines, LLC, U.S. Xpress Enterprises, Inc., Western Express, Inc., W.L.A. Inc.*

Ahmed J. Davis, Esquire
Fish & Richardson P.C.
1425 K Street, Suite 1100
Washington, DC 20005

*Counsel for Defendant Southeastern Freight Lines, Inc*

David M. Morris, Esquire
Morgan Lewis & Bockius, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

*Counsel for Defendant TLD Logistics Services, Inc.*

        /s/_____
        Harris D. Butler, III (VSB No. 26483)
        Attorney for Plaintiff
        BUTLER WILLIAMS & SKILLING, P.C.
        100 Shockoe Slip, Fourth Floor
        Richmond, Virginia 23219
        Telephone: (804) 648-4848
        Facsimile: (804) 648-6814
        E-mail:hbutler@butlerwilliams.com